**BEFORE THE JUDICIAL PANEL ON
MULTI-DISTRICT LITIGATION**

| | |
|---|---|
| In re: ) | |
| ) | MDL Docket No. |
| ANTHEM, INC. CUSTOMER DATA ) | |
| SECURITY BREACH LITIGATION ) | |
| ) | |

**PLAINTIFFS' MOTION FOR CONSOLIDATION AND TRANSFER UNDER
28 U.S.C. §1407**

Michael S. Weinberger ("Weinberger"), Plaintiff in the case styled *Weinberger v. Anthem, Inc.,* United States District Court for the Southern District of Indiana, Indianapolis Division, Case No. 1:15-cv-201, hereby moves for an Order for consolidation and transfer of pretrial proceedings under 28 U.S.C. § 1407 for the following actions:

- *Kirby v. Anthem, Inc.,* C.D. California, Case No. 2:15-cv-00820-MWF-AGR;

- *Morris v. Anthem, Inc.,* C.D. California, Case No. 8:15-cv-00196-JVS-DFM;

- *Juliano v. Anthem, Inc.*, N.D. Alabama, Southern Division, Case No. 2:15-cv-00219-SLB;

- *Brescia v. Anthem, Inc.*, S.D. of Indiana, Indianapolis Division, Case No. 1:15-cv-203-TWP-TAB;

- *Meadows v. Anthem, Inc.,* S.D. Indiana, Indianapolis Division, Case No 1:15-cv-00163-JMS-TAB;

- *Garson v. Anthem, Inc.,* S.D. Indiana, Case No. 1:15-cv-00180-WTL-DKL;

- *Keyser v. Anthem, Inc.,* S.D. Indiana, Indianapolis Division, Case No. 1:15-cv-00178-JMS-DML;

- *Pantuso v. Anthem, Inc.,* S.D. Indiana, Indianapolis Division, Case No. 1:15-cv-00181-SEB-TAB;

- *Kaslowitz v. Anthem, Inc.,* S.D. Indiana, Case No. 1:15-cv-188;

- *Kirby v. Anthem, Inc.,* C.D. California, Case No. 2:15-cv-0080-MWF-AGR;

- *Morris v. Anthem, Inc.,* C.D. California, Case No. 8:15-cv-00196-JVS-DFM;

- *Liu v. Anthem, Inc.,* C.D. California, Case No. 8:15-cv-00215-CJC-DFM;

- *Hood v. Anthem, Inc.,* C.D. California, Case No. 2:15-cv-00918-CAS-PLA;

- *Doe v. Anthem, Inc.,* C.D. California, Case No. 2:15-cv-00934;

- *Powell v. Anthem, Inc.,* E.D. California, Case No. 2:15-cv-00314-TLN-DAD;

- *Giotta v. Anthem, Inc.,* N.D. California, San Jose Division, Case No. 5:15-cv-00618;

- *Juliano v. Anthem, Inc.,* N.D. Alabama, Southern Division, Case No. 2:15-cv-00219-SLB;

- *McKinley v. Anthem, Inc.* S.D. Ohio, Case No. 1:15-cv-00096; and

- *D'Angelo v. Anthem, Inc.,* N.D. Georgia, Atlanta Division, Case No. 1:15-cv-00371-CC

Plaintiff Weinberger's Motion to Transfer Pursuant to § 1407 should be granted and all of these related actions, as well as any subsequently filed actions against Anthem, Inc. containing similar allegations should be transferred to the United States District Court for the Southern District of Indiana.

Dated: February 10, 2015              Respectfully submitted,

/s/ William B. Federman
William B. Federman
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Fax: (405) 239-2112
wbf@federmanlaw.com

Danyel Struble, Esq.
**THE CROSS LAW FIRM, P.C.**
Historic Riley-Jones House
315 East Charles Street
Muncie, IN 47305
Telephone: (765) 747-1953
Facsimile: (765) 747-1991
dstruble@thecrosslawfirm.com

*Attorneys for Plaintiff Michael S. Weinberger*