BEFORE THE UNITED STATES JUDICIAL PANEL ON

MULTIDISTRIC LITIGATION

In re: Anthem, Inc., Customer Data Security Breach Litigation  MDL No. 2617

**AMENDED CERTIFICATE OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Appearance and this Amended Proof of Service in the above-captioned matter were served on all parties electronically via ECF and by mail to the following below on the 18th of February 2015:

Defendant Anthem Inc. dba Anthem Health Inc. fka Wellpoint,
c/o Kathleen Kiefer
120 Monument Circle
Indianapolis, IN 46204

Defendant Blue Cross of California dba Anthem Blue Cross
c/o CT Corporation System
818 West Seventh Street, 2nd Floor
Los Angeles, CA 90017

By: /s/ *Aashish Desai*
Aashish Y. Desai, SBN 187394
DESAI LAW FIRM, P.C.
3200 Bristol Street, Ste 650
Costa Mesa, CA 92626
Tele: (949) 614-5830
Fax: (949) 271-4190
Email: aashish@desai-law.com

*Attorney for Plaintiff*