BEFORE THE JUDICIAL PANEL ON
MULTI-DISTRICT LITIGATION

In re:                                    )
                                          )    MDL Docket No. 2617
ANTHEM, INC. CUSTOMER DATA                )
SECURITY BREACH LITIGATION                )

PROOF OF SERVICE

On February 18, 2015, using the Judicial Panel on Multi-District Litigation's Electronic Case Filing System, I served the document described as:

**NOTICE OF APPEARANCE OF JOSEPH N. KRAVEC, JR.**

I caused the above document to be transmitted by electronic mail to those ECF registered parties.

I hereby certify that a copy was served February 18, 2015 on the following by U.S. First Class Mail:

Anthem, Inc. d/b/a Anthem Health, Inc.
f/k/a Wellpoint, Inc.
c/o Kathleen Kiefer
120 Monument Circle
Indianapolis, IN 46204
*Defendant*

Blue Cross of California d/b/a Anthem Blue Cross
c/o CT Corporation System
818 West Seventh Street, 2nd Floor
Los Angeles, CA 90017
*Defendant*

                                         /s/Joseph N. Kravec, Jr.
                                          Joseph N. Kravec, Jr.