BEFORE THE UNITED STATES JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

In re: Anthem, Inc.,

Customer Data Security Breach Litigation                        MDL – 2617

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 19, 2015, I caused to be filed a true and correct copy of the foregoing document electronically using the Court's CM/ECF filing system which sends notice to all counsel of record. In addition, the following parties were served via US Mail, postage prepaid:

Anthem, Inc. d/b/a Anthem Health, Inc.
c/o CT Corporate System
818 West Seventh Street, 2nd Floor
Los Angeles, CA 90017

The Anthem Companies, Inc.
c/o CT Corporation System
818 West 7th Street, 2nd Floor
Los Angeles, CA 90017

Dated: February 19, 2015

                                                               Respectfully Submitted,

                                                               /s/ Scott E. Poynter_____
                                                               Scott E. Poynter
                                                               Corey D. McGaha
                                                               William T. Crowder
                                                               EMERSON POYNTER LLP
                                                               1301 Scott Street
                                                               Little Rock, AR 72202
                                                               Telephone: (501) 907-2555
                                                               Facsimile: (501) 907-2556

scott@emersonpoynter.com


John G. Emerson
EMERSON POYNTER LLP
830 Apollo Lane
Houston, TX 77058
Telephone: (281) 488-8854
Facsimile: (281) 488-8867
jemerson@emersonpoynter.com


Thomas E. Glynn
GLYNN LAW GROUP
10200 Willow Creek Road, Ste. 170
San Diego, CA 92131
Telephone: (858) 271-1100
Facsimile: (858) 876-1530
tom@glynnlawgroup.com