BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Anthem, Inc., Customer Data Security Breach Litigation | MDL No. 2617 |

## NOTICE OF RELATED ACTIONS

In accordance with Rule 6.2(d) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff Jennifer deVito Jigarjian hereby provides notice of the potential related action listed on the attached Schedule of Actions.

The docket sheets and complaints are attached.

DATED: February 19, 2015

Respectfully submitted,

BARRACK, RODOS & BACINE
STEPHEN R. BASSER (121590)
SAMUEL M. WARD (216562)

/s/ STEPHEN R. BASSER
STEPHEN R. BASSER

600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874

*Attorney for Plaintiff*
*Jennifer deVito Jigarjian and the*
*Proposed Class*