# BEFORE THE JUDICIAL PANEL ON
# MULTI-DISTRICT LITIGATION

In re:                                          )
                                                )      MDL Docket No.  2617
ANTHEM, INC. CUSTOMER DATA            )
SECURITY BREACH LITIGATION            )

## PROOF OF SERVICE

I, William B. Federman, counsel for Plaintiff Michael S. Weinberger, hereby certify that on February 24, 2015, I caused to be filed a true and correct copy of the foregoing Notice of Appearance electronically using the Court's electronic case filing (CM/ECF) system, which automatically generated and sent a notice of electronic filing to the e-mail addresses of all counsel of record. The undersigned further certifies that a true and correct copy of the foregoing Notice of Appearance was served on the following party by U.S. Mail, postage prepaid:

Anthem, Inc. d/b/a Anthem Health, Inc.
f/k/a Wellpoint, Inc.
c/o Kathleen Kiefer
120 Monument Circle
Indianapolis, IN 46204
*Defendant*

The Anthem Companies, Inc.
c/o CT Corporation System
150 West Market Street, Suite 800
Indianapolis, IN 46204
*Defendant*

Anthem Blue Cross Life and Health Insurance Company
c/o CT Corporation System
818 West Seventh Street, 2nd Floor
Los Angeles, CA 90017
*Defendant*

The Anthem Companies of California, Inc.
c/o CT Corporation System
818 West Seventh Street, 2nd Floor
Los Angeles, CA 90017
*Defendant*

Blue Cross of California d/b/a Anthem Blue Cross
c/o CT Corporation System
818 West Seventh Street, 2nd Floor
Los Angeles, CA 90017
*Defendant*

Empire Blue Cross and Blue Shield
c/o CT Corporation System
111 Eighth Avenue
New York, NY 10011
*Defendant*

Community Insurance Company
d/b/a Anthem Blue Cross and Blue Shield
CT Corporation System
1300 East Ninth Street
Cleveland, OH 44114
*Defendant*

Anthem Insurance Companies, Inc.
c/o Kathleen Kiefer
120 Monument Circle
Indianapolis, IN 46204
*Defendant*

Blue Cross and Blue Shield of Georgia, Inc.
c/o CT Corporation System
1201 Peachtree Street, NE
Atlanta, GA 30361
*Defendant*

Dated: February 24, 2015               Respectfully submitted,

/s/ William B. Federman
William B. Federman
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Fax: (405) 239-2112
wbf@federmanlaw.com

*Attorney for Plaintiff Michael S. Weinberger*