**BEFORE THE UNITED STATES JUDICIAL PANEL ON**

**MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: ANTHEM, INC.,** | **MDL No. 2617** |
| **CUSTOMER DATA SECURITY** | |
| **BREACH LITIGATION** | |

## NOTICE OF WITHDRAWAL OF APPEARANCE DOCKET ENTRY 8

The undersigned withdraws its Notice of Appearance [JPML Doc. 8] for the following Plaintiffs: Plaintiff David Liu (*Liu v. Anthem, Inc.,* CDCA Case No. 8:15-cv-00215); and Plaintiff Brian Slater (*Slater v. Anthem, Inc.,* SDCA Case No. 3:15-cv-00279-GPC-JMA). A corrected Notice of Appearance is being filed contemporaneously with this filing.

Dated: February 25, 2015                    Respectfully submitted,

By: */s/ Daniel S. Robinson*
    Mark P. Robinson, Jr. (SBN 054426)
    Daniel S. Robinson (SBN 244245)
    Wesley K. Polischuk (SBN 254121)
    ROBINSON CALCAGNIE ROBINSON
    SHAPIRO DAVIS, INC.
    19 Corporate Plaza Drive
    Newport Beach, California 92660
    Telephone: (949) 720-1288
    Facsimile: (949) 720-1292
    mrobinson@rcrsd.com
    drobinson@rcrsd.com
    wpolischuk@rcrsd.com
    *Attorneys for Plaintiffs David Liu and Brian Slater*