# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. __2617__  & TITLE - IN RE: Anthem, Inc., Customer Data Security Breach Litigation

# NOTICE OF APPEARANCE
*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

Plaintiff, David Liu
See attached list of Additional Parties Represented.

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

David Liu v. Anthem, Inc., et al., CDCA Case No. 8:15-cv-00215-DOC-DFM
See attached list of additional Short Case Captions.

*****************************************************

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| February 25, 2015 | /s/ Daniel S. Robinson |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:**
Daniel S. Robinson, Esq., Robinson Calcagnie Robinson Shapiro Davis, Inc.
19 Corporate Plaza Drive, Newport Beach, CA 92660

Telephone No.: (949) 720-1288          Fax No.: (949) 720-1292

Email Address: drobinson@rcrsd.com

**Instructions:**

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

Notice of Appearance
Designated Attorney: Daniel S. Robinson
MDL No. 2617
In Re: Anthem, Inc., Customer Data Security Breach Litigation

## ATTACHMENT

## LIST OF ADDITIONAL PARTIES REPRESENTED

Plaintiff, Brian Slater

Plaintiffs, George Macros, Steve Kawai, Terrell Adamson, Joseph Beckerman, Tara Dozier, Candyce Kelley, Cynthia Kelley, Cary Kelley, James O'Toole, Jack Wenglewick, Cheri Williams, David Williams

Plaintiff, Fazi Zand

## LIST OF ADDITIONAL SHORT CASE CAPTIONS

*Slater v. Anthem, Inc.,* S.D. CA No. 3:15-cv-00279-GPC-JMA

*Macros v. Anthem, Inc.,* N.D. CA No. 4:15-cv-00674-KAW

*Zand v. Anthem, Inc.,* N.D. CA No. 3:15-cv-00638-JSC