BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ANTHEM, INC., )<br>CUSTOMER DATA SECURITY )<br>BREACH LITIGATION )<br>) | MDL Docket No. 2617 |

## NOTICE OF WITHDRAWAL OF APPEARANCES

The undersigned hereby withdraws appearances on behalf of plaintiffs Francine Blain, Nicholas Kalfa, Corinne Bernstein and Freda Bein Muldoon, filed February 25, 2015 (ECF Nos. 61, 63 and 64), due to a clerical error made in connection with those filings.

Dated: February 26, 2015

By: *s/ Howard T. Longman*
STULL, STULL & BRODY
Howard T. Longman
6 East 45th Street
New York, NY 10017
Tel: (212) 687-7230
Fax: (212) 490-2022
hlongman@ssbny.com