BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: ANTHEM, INC., CONSUMER DATA BREACH SECURITY LITIGATION

MDL No. 2617

## NOTICE OF RELATED ACTIONS

In accordance with Rule 6.2(d) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Defendant Anthem, Inc. hereby provides notice of the related actions listed on the attached Schedule of Actions. The docket sheets and Complaints for each of the related actions are attached as Exhibits 1-22.

Southern District of Indiana

*Lesher v. Anthem, Inc., et al.,* No. 1:15-cv-00204-RLY-DML

*Immerman v. Anthem, Inc., et al.,* No. 1:15-cv-00208-SEB-MJD

*Ifversen v. Anthem, Inc.,* No. 1:15-cv-00209-SEB-DML

*Hurley v. Anthem, Inc., et al.,* No. 1:15-cv-00247-WTL-TAB

*Staffieri v. Anthem, Inc., et al.,* No. 1:15-cv-0287-JMS-TAB

*Douglass v. Anthem, Inc., et al.,* No. 1:15-cv-00307-SEB-DML

Northern District of California

*Heaton v. Anthem, Inc., et al.,* No. 3:15-cv-00656

*Park v. Anthem, Inc., et al.,* No. 3:15-cv-00709-JD

*Brown v. Anthem, Inc.,* No. 3:15-cv-00710

Southern District of California

*Meer v. Anthem, Inc., et al.,* No. 3:15-cv-00289-BAS-JLB

Central District of California

*Bell v. Anthem, Inc., et al.,* No. 2:15-cv-01214

*Hudson v. Anthem, Inc., et al.,* No. 8:15-cv-296

Southern District of New York:

*Schneider v. Anthem, Inc., et al.,* No. 15-cv-920-JPO

*Kamal v. Anthem, Inc., et al.,* No. 1:15-cv-00984

Eastern District of New York

*Nicoll v. Anthem, Inc.,* No. 2:15-cv-00704

Eastern District of Arkansas

*Hodges v. Anthem, Inc., et al.,* No. 4:15-cv-00083-JM

Western District of Kentucky

*Maric v. Anthem, Inc., et al.,* No. 3:15-cv-00134-DJH

Northern District of Ohio

*Hayes v. Anthem, Inc., et al.,* No. 1:15-cv-00284-DCN

District of Colorado

*Hills v. Anthem, Inc.,* No. 1:15-cv-00314-PAB-MEH

*Mellon v. Anthem, Inc., et al.,* No. 1:15-cv-00323

<u>Western District of Pennsylvania</u>

*Bazley v. Anthem, Inc., et al.,* No. 2:15-cv-00226-CB

<u>District of Massachusetts</u>

*Daniels v. Anthem, Inc.,* No. 1:15-cv-10530

|  |  |
|---|---|
| Dated:  February 27, 2015 | /s/Craig A. Hoover<br>Craig A. Hoover<br>**HOGAN LOVELLS US LLP**<br>Columbia Square<br>555 Thirteenth Street, NW<br>Washington, DC 20004<br>Tel : 202-637-5600<br>Fax : 202-637-5910<br>craig.hoover@hoganlovells.com<br><br>***ATTORNEY FOR DEFENDANT ANTHEM, INC.*** |