# Exhibit A

## U.S. District Court — Judicial Caseload Profile

**INDIANA SOUTHERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sep 30 2009 | Sep 30 2010 | Sep 30 2011 | Sep 30 2012 | Sep 30 2013 | Sep 30 2014 | U.S. | Circuit |
| Overall Caseload Statistics | | Filings ¹ | 2,814 | 2,801 | 3,033 | 3,045 | 3,498 | 3,262 | | |
| | | Terminations | 2,872 | 2,815 | 2,790 | 2,967 | 3,350 | 3,238 | | |
| | | Pending | 2,458 | 2,430 | 2,649 | 2,728 | 2,881 | 2,890 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 15.9 | 16.5 | 7.6 | 7.1 | -6.7 | | 54 | 4 |
| | | Number of Judgeships | 5 | 5 | 5 | 5 | 5 | 5 | | |
| | | Vacant Judgeship Months ² | 2.9 | 14.8 | 0.0 | 0.0 | 0.0 | 3.0 | | |
| Actions per Judgeship | Filings | Total | 563 | 560 | 607 | 609 | 700 | 652 | 15 | 3 |
| | | Civil | 504 | 476 | 513 | 517 | 595 | 572 | 7 | 3 |
| | | Criminal Felony | 52 | 75 | 91 | 89 | 95 | 73 | 53 | 4 |
| | | Supervised Release Hearings | 6 | 9 | 3 | 3 | 9 | 8 | 87 | 7 |
| | Pending Cases | | 492 | 486 | 530 | 546 | 576 | 578 | 20 | 4 |
| | Weighted Filings ² | | 580 | 595 | 650 | 642 | 724 | 642 | 13 | 1 |
| | Terminations | | 574 | 563 | 558 | 593 | 670 | 648 | 14 | 2 |
| | Trials Completed | | 18 | 17 | 21 | 20 | 21 | 20 | 35 | 4 |
| Median Time (Months) | From Filing to Disposition | Criminal Felony | 11.1 | 11.1 | 10.9 | 10.8 | 10.4 | 11.3 | 69 | 5 |
| | | Civil ² | 9.4 | 9.8 | 9.3 | 9.5 | 8.8 | 9.2 | 42 | 4 |
| | From Filing to Trial ² (Civil Only) | | 28.0 | 32.1 | 30.5 | 28.9 | 35.8 | 33.0 | 58 | 4 |
| Other | Number (and %) of Civil Cases Over 3 Years Old ² | | 109 5.1 | 102 4.9 | 61 2.8 | 58 2.6 | 53 2.3 | 46 1.9 | 9 | 2 |
| | Average Number of Felony Defendants Filed per Case | | 1.5 | 1.7 | 1.8 | 1.8 | 1.6 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 42.7 | 34.9 | 39.3 | 35.7 | 50.4 | 42.7 | | |
| | | Percent Not Selected or Challenged | 34.1 | 34.7 | 38.8 | 34.0 | 38.8 | 38.4 | | |

| 2014 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 2,858 | 382 | 71 | 792 | 11 | 31 | 242 | 192 | 155 | 113 | 463 | 3 | 403 |
| Criminal ¹ | 364 | 5 | 119 | 17 | 66 | 62 | 11 | 50 | 2 | 14 | 3 | 7 | 8 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.
¹ Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.
² See "Explanation of Selected Terms."